ALEXANDER G. CALFO (SBN 152891)
*alexander.calfo@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; JOHNSON &
JOHNSON SERVICES, INC.; and JOHNSON &
JOHNSON (erroneously sued as "Johnson & Johnson, Inc.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE OLSON,<br><br>               Plaintiff,<br><br>        v.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC.,  a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey Corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No.  CV13-1441-JAM (CMK)<br><br>**ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LYNNE OLSON and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), THOMAS P. SCHMALZRIED, M.D., and THOMAS P.SCHMALZRIED, M.D. A

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                    CV13-1441-JAM (CMK)

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1  PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of
2  all documents, files, and pleadings in this action; and upon good cause shown, it is hereby
3  ORDERED that:
4    1. The Parties' request for a stay of proceedings is GRANTED;
5    2. All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy*
7  *Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.
8    3. Deadlines relating to any outstanding responsive pleading are extended pending
9  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
10 to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
11 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
12 may issue.
13
14    PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
16    Dated:  9/5/2013        /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                           CV13-1441-JAM (CMK)
[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS